UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:01-Cr-443-T-30EAJ

MIGUEL LOPEZ

### REQUEST FOR LEAVE TO FILE DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the

United States Attorney for the Middle District of Florida hereby requests leave of Court

to file a dismissal of the Superseding Indictment which is pending against the defendant,

without prejudice. If leave is so granted, this will also serve as the government's dismissal.

WHEREFORE, the United States respectfully requests that this Court grant the

leave to dismiss the Superseding Indictment against the defendant in Case No. 8:01-Cr-

433-T-30EAJ.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By:     s/ James C. Preston, Jr.
        JAMES C. PRESTON, JR.
        Assistant United States Attorney
        Florida Bar No. 0383155
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6125
        E-mail:      james.preston@usdoj.gov

Leave of Court is hereby granted this ___8___ day of July, 2006, for the filing of the

foregoing Order of Dismissal.

JAMES S. MOODY, JR.
United States District Judge

N:\_Criminal Cases\R\Ramirez_2000R00178_jcp\p_Miguel Lopez_Dismiss_Superseding Indictment.wpd